AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

UNITED STATES OF AMERICA )
*Plaintiff* )
v. ) Case No. 17-cr-20183
HAROLD LASHAWN NERO )
*Defendant* (D-5) )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HAROL LASHAWN NERO

Date: June 30, 2017

*Attorney's signature*

MARK H. MAGIDSON (P25581)
*Printed name and bar number*

615 Griswold, Suite 810
Detroit, MI 48226

*Address*

mmag100@aol.com
*E-mail address*

313-963-4311
*Telephone number*

313-961-6077
*FAX number*