UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                            Case No. 17-20183
                                               Hon.  MARK A. GOLDSMITH

D-5, HAROLD LASHAWN NERO,

    Defendant.

_____/

## STIPULATED ORDER TO ALLOW
## ENHANCED COMPUTER ACCESS TO REVIEW EXTENSIVE
## DISCOVERY MATERIAL PROVIDED BY THE GOVERNMENT
## AND REIMBURSEMENT TO DEFENSE COUNSEL

The undersigned parties having approved this Stipulated Order, and the Court being fully advised in the premises;

IT IS ORDERED that the Defendant, Harold LaShawn Nero shall be allowed enhanced computer access to review the extensive discovery material provided by the Government, in the Sanilac County Jail or other facility designated by the U.S. Marshal Service.

IT IS FURTHER ORDERED that the Sanilac County Jail is authorized to and may permit Defendant access to the computer provided by Defense counsel once the computer has been cleared and pre-loaded as described below at times that are reasonable to be determined by the Sanilac County Sheriff

IT IS FURTHER ORDERED that the computer provided to Defendant shall not contain gaming devices on the platform, the internal card for internet access will be disabled, and the discovery will be pre-loaded with the Government's discovery by the Discovery Coordinator, Christopher

Antone, following the removal of any and all pornographic images by the Discovery Coordinator.

IT IS FURTHER ORDERED that counsel for the Defendant may seek reimbursement for the purchase of the computer allowing Defendant access to his discovery as well as the cost of shipment to Defendant.

    SO ORDERED.

Dated: November 8, 2017       s/Mark A. Goldsmith
Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 8, 2017.

     s/Karri Sandusky
     Case Manager

By: s/Jerome Gorgon       By: s/Mark H. Magidson
JEROME GORGON      MARK MAGIDSON
Assistant U.S. Attorney      Attorney for Defendant
211 W. Fort St., Suite 2001      615 Griswold, Suite 810
Detroit, MI 48226      Detroit, MI 48227
(313)226-9100      (313)963-4311