# EXHIBIT

# A

## AGAINST THE GRAIN TREE SERVICE

Gregory Stocchi
31502 Schoenherr, Apt B-2
Warren, MI 48088

Hon. Mark A. Goldsmith
Judge, United States District Court

Re: Basic Good Character of Harold Nero

Dear Judge:

Harold is a good guy. I have known him for a dozen years, and he really is a good guy. He is physically, a very powerfully built man. Yet he never uses his size to hurt anyone. Harold is truly a "Gentle Giant".

Towards women, Harold is a Guardian Angel. He has two daughters that he treasures and protects. Also, Harold has a soft spot for women. So, for someone to tell me that Harold forced a woman to prostitute herself and to use drugs-that does not line up with who I know Harold to be.

Your Honor, I am a Rescue Storm Climber. Each day that I work could well be my last. So I have no room inside myself for deceit. I do not lie. Your Honor, I want to assure you that Harold is not a danger to society. He is welcome to live with me, (in my two-bedroom apartment in Warren) for as long as he needs to get back on his feet. Because of Harold's great strength and good attitude, I can hire him or get him a job with one of my colleagues by November 30, 2017

I dire to testify under oath about Harold's gentleness. Cross exam me all day. If I do not convince you then you haven't been listening.

Thank you, your Honor, for reading this. May God lead you and guide you.

Respectfully,
Gregory Stocchi

11-21-17

# EXHIBIT

# B

THE HONORABLE MARK A. GOLDSMITH
JUDGE, UNITED STATES DISTRICT COURT

RE: BASIC CHARACTER OF HAROLD NERO:

Dear Judge Goldsmith:

I have known Harold all his life. I am his father.

The first 15 years of Harold's life, I was locked up in Jackson Prison. Yet we got to be with each other virtually every Saturday because I insisted that my mother, Harold's grandmother, bring him to visit. I was hoping that Harold's seeing me locked-up would "Scare Him Straight."

Unfortunately, that "Scare Him Straight" strategy did not work.

Although, I must say he was the best little boy; and I love him deeply. Actually, Harold was doing fine until his grandmother died. Then he went out on the wild. But never did I hear anyone say anything about Harold pushing people around or being a bully. In fact despite being so big and strong, Harold has been bullied. Harold has never hurt a woman.

Your Honor, Harold has a very kind heart. He is a good guy.

If there is anyway that Your Honor can give Harold a break or be lenient, I can assure you that he will not disappoint you. Harold is kind and gentle.

Thank you for reading this letter, Your Honor.

Sincerely, *James E. Thompson Jr.*

James E. Thompson, Jr.
2347 Cortland
Detroit, Michigan 48206

P.S. Your Honor, I am seriously handicapped. It would sure help me to have my son Harold around to help this old man cope. Thank you, Your Honor.

Dated: 11-20-17

# EXHIBIT

# C

THEE HONORABLE MARK A. GOLDSMITH
UNITED STATES DISTRICT COURT JUDGE
231 West Lafayette Boulevard
Detroit, Michigan 48226

RE: KINDNESS of HAROLD NERO

Dear Judge:

I have known Harold for 15 to 20 years. We are friends, not a couple. Although we lived in a rough area, I never saw Harold resort to violence. He is really the GIANT GENTLEMAN. Never even heard anybody say that Harold was ever violent.

For me personally Harold's enormous size was somewhat intimidating, but I felt completely safe with him. I knew Harold would never hurt me himself, nor would he start any trouble. Harold's basic desire was to help people, especially people who really needed help. He would bring in people who were exhausted, shivering from the cold. Harold would get hot food and warm drinks for complete strangers. He would get clean clothes for people whose clothes were peeling off of them. Harold's generosity inspired other people to help those who were *at the end of their rope.*

Harold would walk with the girls who were too scared to walk alone to the store. He was something of a Guardian Angel in a hellish place. Harold was goodness in the middle of danger. He was not a perfect saint, but as I am remembering the good he did for desperate people, my eyes fill with tears.

I do not know what the court system can do for Harold, but if anybody ever deserved a break, it is this beautiful human being, Harold Nero.

Respectfully,

X *Kelly Spoon*
Kelly Spooner
Spoor

Dated: 12/7/17

# EXHIBIT

# D

THE HONORABLE MARK A. GOLDSMITH
JUDGE, UNITED STATES DISTRICT COURT
231 West Lafayette Blvd.
Detroit, Michigan 48226

RE: WHAT I KNOW ABOUT HAROLD NERO's GOODNESS

Dear Judge:

I have known Harold Nero for seven years. I personally have never seen him be violent or intimidating. Obviously, at his extra, extra large size, he could be. I assure you, Your Honor Harold is _not_ intimidating.

Instead, Harold is kind. His first instinct is to be good to other people. Sometimes in obvious ways like when he feeds and clothes people who would have frozen to death if not for Harold's kindness. Sometimes in subtle ways. We are both sports fans: I am more of a Tigers & Pistons fan; while Harold likes football, especially Michigan. Now Harold and I will really talk about sports. Very few men talk sports with a woman, but that is how much Harold respects a woman and her opinion and her right to express that opinion.

No one has ever told me that Harold ever beat or forced a working woman to do anything. In my world the women don't just gossip, but they share information about what is really going on. Information that saves lives. So, if Harold had ever hit just one girl, then I would have heard and remembered. I can share with Your Honor that Harold is definitely _not_ violent.

Harold is _not_ a predator on women, he is a protector of women.

Thank you, Your Honor, for reading this. Hopefully it gives insight into the good guy Harold is inside the snake pit. A man who gives hope in the _Valley of Despair_.

Sincerely,

*April Romero*
April Romero

Dated: 10-7-17

# EXHIBIT

# F

Dear Judge,

My name is Caitlynn Durham. Having been on the streets in Southwest you meet a lot of people and a lot of different kinds of people. One person I have met is Harold Nero Aka Sean aka nephew. He has been a great positive influence on my life. I have known Sean on the streets and sober. He is very inspiring and insightful. The claims being made against him I know to be fake. He does not portray the qualities of a person who would force women to drugs and prostitution.

C. Durham

No Current Address
(3) 731 4387
12-14-17

# EXHIBIT

# G

Honorable Mark A. Goldsmith
United States District Court Judge
231 West Lafayette Blvd.
Detroit, MI 48226

    Re: USA v. Harold Nero

Dear Judge Goldsmith:

  I am writing on behalf of Harold Nero. I know him as "Sean" or "Nephew." I met him two years ago at a "spot," a place to acquire drugs. I was new to the city and was nervous about my surroundings. My life at the time had taken a downturn, and when I met Mr. Nero, I could instantly tell he was a person that could be trusted. He is a large man but has a calm and unruffled demeanor. He was very kind to me the day we met, and remained so all the times I knew him.

  Michigan Avenue and the near westside of Detroit can be rough. Women and men are struggling with addiction and problems related to addiction. Mr. Nero, as well as myself, struggle with addiction, but in spite of the rough times, the man I know as "Sean" or "Nephew," Mr. Nero, has not mistreated women, and has not hurt or intimidated anyone, particularly women. If anything, he has looked out for people who have lost everything, helping them obtain food and clothing. Mr. Nero's reputation in our community is very positive; he is known as a protector and peacemaker, and he never forced girls to take drugs or forced them into prostitution.

  I avoid courts and police as much as possible, but I have come forward for my friend Sean, and tell this Court that the claims of him forcing or helping force girls into drugs and prostitution are wrong. I know because I have seen the truth. Thank you for considering this letter.

Sincerely,

_____  Date: _____
Tiffany N. Wallen

# EXHIBIT

# H

Dear Judge I am Eboni Berry and Harold Lashawn Nero has been a hero to me and other working girls on Michigan Avenue for over a decade. Sean as we call him was just like us addicted lost souls roaming the avenue. I've known him for over 10 yrs he's never mistreated, harmed, or disrespected myself or any other woman to my knowledge. If anyone or myself were in need he would step out of his skin and give it to you. I have resided with him several times over the years and he took care of me and a few other girls. The charges I read about in the newspaper against him are totally false. He would walk the avenue to hustle to help us girls out. Sean doesn't deserve to be confined he is not the type of person to do what he is accussed of. He is a loving, caring spiritual individual who would

never exploit females like myself. Sean was raised with morals and a conscience but lived the lifestyle of working girls through his mother who was on drugs and in the streets. That's why he held us in high regards. Please dont punish him for false accusations. He doesnt deserve to be an example he is a victim also.

ps. I will testify to his character in court ~~He~~ He would make an honest dollar through scrapping, handywork, or just any labor. Breaking the law or extorting others was not his way of life.

Sincerely
Eboni Berry
5395 Ivanhoe
Detroit, MI
48204
313 656-4054