UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 17-cr-20183
                                               Hon. Mark A. Goldsmith

vs.

DARRICK BELL, et al.,

        Defendants.
_____/

**ORDER REGARDING UPCOMING STATUS CONFERENCE**

On January 16, 2018, the Court conducted a telephonic status conference with counsel for all parties. The consensus from all parties was that the Court should await the Government's production on February 14, 2018 of inculpatory evidence before developing a plan for Defendants' review of all other surveillance video. For that reason, the Court orders that a telephonic status conference will take place at 11:00 a.m. on March 20, 2018, at which time the parties will discuss proposals for the review of exculpatory video evidence. The Government will make necessary arrangements for the call and call chambers at 313-234-5240 once everyone is on the line.

        SO ORDERED.

Dated: January 16, 2018              s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 16, 2018.

                                                         s/Karri Sandusky
                                                           Case Manager