UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 17-cr-20183
                                    Hon. Mark A. Goldsmith

vs.

DARRICK BELL, et al.,

        Defendants.
_____/

## ORDER REGARDING JOINT STATEMENT

Pursuant to the discussions held at the March 20, 2018 telephonic status conference, it is hereby ordered that the parties shall file a joint statement setting out points of agreement and disagreement regarding their proposals for review of the discovery materials by April 24, 2018. Attorney Michael Friedman will be responsible for filing the document.

SO ORDERED.

Dated: March 21, 2018                     s/Mark A. Goldsmith
      Detroit, Michigan                 MARK A. GOLDSMITH
                                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 21, 2018.

                                                                   s/Karri Sandusky
                                                                    Case Manager