UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                           Case No. 17-CR-20183

        v.

                                           Honorable Mark A. Goldsmith

D-2  JANETTE GAGGO TAWFIK,
D-3  SHELVIE LEWIS AVERY,
      a/k/a "Q,"
D-4  TERRY PRUITT,
      a/k/a "T,"
D-5  HAROLD LASHAWN NERO,
      a/k/a "NEPHEW,"
D-6  MICHAEL ANTHONY RANDOL,
      a/k/a "MAN,"
D-7  CHARLES THOMAS FORD JR.,
      a/k/a "CHUCK D,"
D-8  JACK HANA YAKO,
D-9  KEMAL GABRAIL,

        Defendants.

_____

PROTECTIVE ORDER BASED ON STIPULATION
_____

       This Court, having reviewed the stipulation below, being advised in the

matter, and for the reasons stated by the parties,

IT IS HEREBY ORDERED that the pretrial disclosure of certain discovery materials, as defined in the stipulated protective order below, is controlled by the provisions of the stipulated protective order.

SO ORDERED.


Dated:  May 31, 2018                  s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                      United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 31, 2018.

                         s/Karri Sandusky
                         Case Manager

<u>STIPULATED PROTECTIVE ORDER</u>

The parties to the above criminal action do hereby stipulate and agree as follows:

1.      United States Marshals Service (USMS) booking photographs of each of the defendants charged in this case shall be referred to herein as the "Protected USMS Booking Photos."

2.      The government is hereby authorized, pursuant to 5 U.S.C. § 552a(b)(11), to produce the Protected USMS Booking Photos to counsel for the defendants as part of discovery in this criminal case.

3.      The disclosure and/or provision of the Protected USMS Booking Photos by the government to counsel for the defendants shall not operate as a waiver of any individual defendant's privacy interest in his/her booking photo.

4.      Access to the Protected USMS Booking Photos shall be restricted to persons authorized by this Order, namely, the defendants, the defendants' attorneys of record in this case, and the employees of the attorneys of record who are performing work on behalf of the defendants, to include defense investigators and the defendants' Court-appointed discovery coordinator(s).

5.      The following restrictions are placed on the defendants, the defendants' attorneys, and the above-designated individuals, unless and until

3

further ordered by the Court.  The defendants, the defendants' attorneys, and the above-designated individuals shall not:

      a.  allow any other person to view the Protected USMS Booking Photos;

      b.  use the Protected USMS Booking Photos for any purpose other than preparing to defend against the criminal charges in this matter.

6.     The defendants' attorneys shall inform any person(s) to whom disclosure may be made pursuant to this Order of the existence and terms of this Order.

7.     Nothing in this Order shall restrict use by the defendants' attorneys of the Protected USMS Booking Photos during the investigation of the allegations and preparation of defenses.

8.     Prior to the disclosure of the Protected USMS Booking Photos to a person not identified in Paragraph 4 of this Order, counsel for the defendant must first receive permission from the Court for such disclosure.  Such permission may be requested *ex parte*.

9.     Upon conclusion of this action, and consistent with the ethical responsibilities of defense counsel, defendants' attorneys shall return to

4

government counsel, or destroy and certify to government counsel the destruction

of, all Protected USMS Booking Photos within a reasonable period of time, not to

exceed thirty days after the last appeal is final.

SO STIPULATED:

MATTHEW SCHNEIDER
United States Attorney

*s/ Jerome F. Gorgon Jr.*
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226
jerome.gorgon@usdoj.gov
(313) 226-9676

*s/ Michael S. Friedman w/ permission*
Attorney for Ms. Tawfik Gaggo
2833 Crooks Rd., Ste. 104
Troy, MI 48084
friedman364@aol.com
(248) 258-2833

*s/ Richard H. Morgan, Jr. w/ permission*
Attorney for Mr. Avery
485 Orchard Lake Rd, Ste. 203
Pontiac, MI 48341
rhm_jr@msn.com
(248) 334-8970

*s/ Nicholas J. Vendittelli w/ permission*
Attorney for Mr. Randol
6053 Chase Road
Dearborn, MI 48126
mayjusticeprevail@gmail.com
(313) 565-2400

*s/ S. Allen Early III w/ permission*
Attorney for Mr. Pruitt
65 Cadillac Square, Ste. 2810
Detroit, MI 48226
sallenearly@sallenearly.comcastbiz.net
(313) 962-2320

*s/ Mark H. Magidson w/ permission*
Attorney for Mr. Nero
615 Griswold, Ste. 810
Detroit, MI 48226
mmag100@aol.com
(313) 963-4311

[continued on next page]

*s/ Doraid B. Elder w/ permission*
Attorney for Mr. Yako
1360 Porter Street, Suite 200
Dearborn, MI 48124
doraidelderpc@gmail.com
(313) 582-5800

*s/ Marlon B. Evans w/ permission*
Attorney for Mr. Ford, Jr.
3434 Russell St.
Detroit, MI 48226
MarlonBEvans.assoc@sbcglobal.net
(313) 962-2335

*s/ David M. Burgess w/ permission*
Attorney for Mr. Gabrail
1360 Porter, Suite 260
Dearborn, MI 48124
david29_1999@yahoo.com
(313) 961-4382