# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,         Criminal No.  17-20183

        Plaintiff,         HON. MARK A. GOLDSMITH

v.

D-2   JANETTE GAGGO TAWFIK,
D-3   SHELVIE LEWIS AVERY,
      a/k/a "Q,"
D-4   TERRY PRUITT,
      a/k/a "T,"
D-5   HAROLD LASHAWN NERO,
      a/k/a "NEPHEW,"
D-6   MICHAEL ANTHONY RANDOL,
      a/k/a "MAN,"
D-7   CHARLES THOMAS FORD JR.,
      A/K/A "CHUCK D,"
D-8   JACK HANA YAKO,
D-9   KEMAL GABRAIL,

        Defendants.
_____/

## STIPULATION FOR ORDER SETTING MOTION
## CUT-OFF AND STATUS CONFERENCE DATES

Counsel for Defendants Janette Gaggo Tawfik, Shelvie Lewis Avery, Terry Pruitt, Harold Lashawn Nero,[1] Michael Randol, Charles Thomas Ford Jr., Jack Hana Yako, and Kemal Gabrail, and the government participated in a telephonic status

---

[1] Counsel for Defendant Terry Pruitt (S. Allen Early) stood in with consent and permission for Defendant Harold Lashawn Nero, whose attorney (Mark Magidson) was in trial in another matter and unable to be present.

1

2

conference with the Court on September 5, 2018. The parties discussed case management, discovery, and speedy trial issues before the Court.

The government confirmed that it had already provided three installments of the list (the "Video List") of apparently inculpatory video segments from the Victory Inn's internal surveillance system (the "Internal Video"), and that two additional installments were forthcoming (on November 14, 2018, and on February 14, 2019). The Defendants did not object to these two production dates.

The parties agree and stipulate, as they did at the status conference, that the Court should set a motion cut-off for Defendants of November 14, 2018.

The parties agree and stipulate, as they did at the status conference, that the Court would address speedy trial issues at the November 14, 2018 status conference, and would determine additional dates, including a trial date, at that or a later status conference.

| | |
|---|---|
| s/ Jerome F. Gorgon Jr. <br> Assistant United States Attorney <br> 211 West Fort Street, Ste. 2001 <br> Detroit, MI 48226 <br> jerome.gorgon@usdoj.gov <br> (313) 226-9676 | s/ Michael S. Friedman w/permission <br> Attorney for Ms. Tawfik Gaggo <br> 2833 Crooks Rd., Ste. 104 <br> Troy, MI 48084 <br> friedman364@aol.com <br> (248) 258-2833 |
| s/ Richard H. Morgan Jr. w/permission <br> Attorney for Mr. Avery <br> 485 Orchard Lake Rd, Ste. 203 <br> Pontiac, MI 48341 <br> rhm_jr@msn.com <br> (248) 334-8970 | s/ Nicholas J. Vendittelli w/permission <br> Attorney for Mr. Randol <br> 6053 Chase Road <br> Dearborn, MI 48126 <br> mayjusticeprevail@gmail.com <br> (313) 565-2400 |

[continued next page]

s/ S. Allen Early III w/permission
Attorney for Mr. Pruitt
65 Cadillac Square, Ste. 2810
Detroit, MI 48226
sallenearly@sallenearly.comcastbiz.net
(313) 962-2320

s/ Doraid B. Elder w/permission
Attorney for Mr. Yako
1360 Porter Street, Suite 200
Dearborn, MI 48124
doraidelderpc@gmail.com
(313) 582-5800

s/ David M. Burgess w/permission
Attorney for Kemal Gabrail
1360 Porter, Suite 260
Dearborn, MI 48124
david29_1999@yahoo.com
(313) 961-4382

s/ Mark H. Magidson w/permission
Attorney for Mr. Nero
615 Griswold, Ste. 810
Detroit, MI 48226
mmag100@aol.com
(313) 963-4311

s/ Marlon B. Evans w/ permission
Attorney for Charles Thomas Ford Jr.
3434 Russell St.
Detroit, MI 48226
MarlonBEvans.assoc@sbcglobal.net
(313) 962-2335

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,	Criminal No.  17-20183

        Plaintiff,	HON. MARK A. GOLDSMITH

v.

D-2    JANETTE GAGGO TAWFIK,
D-3    SHELVIE LEWIS AVERY,
         a/k/a "Q,"
D-4    TERRY PRUITT,
         a/k/a "T,"
D-5    HAROLD LASHAWN NERO,
         a/k/a "NEPHEW,"
D-6    MICHAEL ANTHONY RANDOL,
         a/k/a "MAN,"
D-7    CHARLES THOMAS FORD JR.,
         A/K/A "CHUCK D,"
D-8    JACK HANA YAKO,
D-9    KEMAL GABRAIL,

        Defendants.
_____/

## ORDER SETTING MOTION CUT-OFF
## AND STATUS CONFERENCE DATES

This matter coming before the court on the stipulation and agreement of Defendants Janette Gaggo Tawfik, Shelvie Lewis Avery, Terry Pruitt, Harold

1

Lashawn Nero,[2] Michael Randol, Charles Thomas Ford Jr., Jack Hana Yako, and Kemal Gabrail ("Defendants") and the government, it is hereby:

**ORDERED** that the motion cut-off for Defendants will be November 14, 2018.

**ORDERED** that the parties will address speedy trial issues at the November 14, 2018 status conference set for 2:00 p.m., and that additional scheduling dates, including a trial date, may be set at that or a later status conference.

SO ORDERED.

Dated:  September 6, 2018  　　　s/Mark A. Goldsmith
Detroit, Michigan  　　　MARK A. GOLDSMITH
　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 6, 2018.

　　　s/Karri Sandusky
　　　Case Manager

---

[2] Counsel for Defendant Terry Pruitt (S. Allen Early) stood in with consent and permission for Defendant Harold Lashawn Nero, whose attorney (Mark Magidson) was in trial in another matter and unable to be present.

2