UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
231 W. Lafayette Blvd
Detroit, MI 48226

| | | |
|---|---|---|
| UNITED STATES of AMERICA | **RECEIVED** | |
| (Plaintiff) | SEP 17 2018 | CASE No. 17-20183 |
| V. | | HON. MARK A. GOLDSMITH |
| HAROLD LASHAWN NERO, (D-5) | DEBORAH S. HUNT, Clerk | |
| (Defendant) | | |

**FILED**
SEP 17 2018
CLERK'S OFFICE
DETROIT

## "Notice of Appeal"

I, HAROLD LASHAWN NERO, (D-5) (Defendant) makes a "Notice of Appeal" of "Stipulation for Order Setting Motion Cut-off and Status Conference Dates and Order Setting Motion Cut-off and Status Conference Dates" (Dkt # 206). dated (9/6/18)

Respectfully Submitted,
Harold Lashawn Nero
HAROLD LASHAWN NERO, (D-5) (DEFENDANT)     September 13, 2018
105 East Ice Dr                              DATE
MIDLAND, MI 48642

p. 1-1



**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT
CLERK

Tel. (513) 564-7000
www.ca6.uscourts.gov

September 20, 2018

Mr. David J. Weaver, Clerk
United States District Court
Eastern District of Michigan
231 West Lafayette Boulevard
Theodore Levin U.S. Courthouse
Fifth Floor
Detroit, Michigan   48226

Dear Mr. Weaver:

    Enclosed please find a request to appeal the decision in your case number **17-20183, USA vs. Nero.**.   The document was received in this court on **September 17, 2018**.

    Please file the notice of appeal pursuant to Fed. R. App. P 4(d), which states, "if a notice of appeal is mistakenly filed in the court of appeals, the clerk of the court of appeals shall note thereon the date on which it was received and transmit it to the clerk of the district court."

    The date the appeal was received is stamped on the notice of appeal and is forwarded to your court pursuant to FEDERAL RULE OF APPELLATE PROCEDURE Rule 4(d).

Very truly yours,

s/Yvonne Henderson
Operations Manager

Enclosure:   Notice of Appeal

cc:       Harold Nero

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
CINCINNATI, OHIO 45202-3988



$001.42
02 1P
0000917684   SEP 21 2018
MAILED FROM ZIP CODE 49684



RECEIVED
SEP 24 2018
CLERK'S OFFICE
U.S. DISTRICT COURT



HAROLD L. NERO
05 EAST IER DR
MIDLAND, MI 48640

RECEIVED
SEP 17 2018
DEBORAH S. HUNT, Clerk

U.S. COURT OF APPEALS
ATTN: CLERK of the COURT
100 E. FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202

The writer of this letter is an inmate in the Midland County Jail, Midland, MI 48642

© USPS 2016