UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 17-cr-20183
                                              Hon. Mark A. Goldsmith

vs.

DARRICK BELL, et al.,

        Defendants.
_____/

## ORDER REGARDING BRIEFING SCHEDULES

Unless otherwise ordered by the Court, a response to any motion must be filed within fourteen days of the date of service of the motion, and any reply must be filed within seven days of the service of the response.

SO ORDERED.

Dated:  September 27, 2018                   s/Mark A. Goldsmith
        Detroit, Michigan                   MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 27, 2018.

                                                        s/Karri Sandusky
                                                        Case Manager