# Exhibit 2

Case 2:17-mc-50040-GCS ECF No. 1 filed 01/09/17 PageID.39 Page 1 of 3
Case 2:17-cr-20185-MAG-EAS ECF No. 125-2 filed 02/21/17 PageID.839 Page 2 of 3

19

AUSA: Jerome F. Gorgon    Telephone: (313) 226-9676
Special Agent: Jeremy Forys, HSI    Telephone: (313) 226-0501

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Carolyn Ciesla
Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
9430 Michigan Ave., Detroit MI 48210 )
(Fully described in Attachment A) )

Case No. Case: 2:17-mc-50040
Judge: Steeh, George Caram
Filed: 01-09-2017

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Michigan   .
*(identify the person or describe the property to be searched and give its location):*

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

FILED
FEB 22 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

**YOU ARE COMMANDED** to execute this warrant on or before    01/23/20174    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    January 9, 2017    3:04 pm

*Judge's signature*

City and state:    Detroit, MI      Hon. R. Steven Whalen,    U. S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:17-MC-50040 | Date and time warrant executed: 1/12/2017 @600 AM | Copy of warrant and inventory left with: Front Desk |
| Inventory made in the presence of: Special Agent Anthony Bomolino | | |
| Inventory of the property taken and name of any person(s) seized: See Attachment | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/2017

*Executing officer's signature*

Jeremy Forys special Agent
*Printed name and title*