# Exhibit 3




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

01/26/2017 12:43 EST Page 1 of 2

**CASE NUMBER**
[redacted]

**CASE OPENED**
10/7/2016

**CURRENT CASE TITLE**
[redacted]

**REPORT TITLE**
Search warrant of the Victory Inn lcoated at 9430 Michigan Ave., Detroit, MI 48210

**SYNOPSIS**

[redacted]

On January 12, 2017, HSI Detroit agents executed a federal search warrant at the Victory Inn in Detroit, MI. This report serves to document the execution of search warrant.

**REPORTED BY**
Jeremy Forys
SPECIAL AGENT

**APPROVED BY**
Douglas Panning
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/23/2017

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| [redacted] | [redacted] | 1/23/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



01/26/2017 12:43 EST

Page 2 of 2

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

On January 9, 2017, HSI Detroit Special Agent (S/A) Jeremy Forys secured federal search warrant of twenty-four (24) rooms and the manager's office of the Victory Inn located at 9430 Michigan Ave., Detroit, MI 48210. The search warrant bearing case number 2:17-mc-50040, was signed by Eastern District of Michigan Magistrate Judge R. Steven Whalen stipulated that agents may search for violations related to 18 USC 371 - Conspiracy To Commit Offense or To Defraud the United States and 21 USC 841(a)(1) - Distribution of a Controlled Substance. The search warrant allowed the search of rooms 103, 104, 105, 106, 110, 111, 117, 118, 119, 200, 201, 202, 203, 205, 211, 213, 214, 215, 216, 217, 218, 219, 220, 222 and the front desk/manager's office. A copy of the signed search warrant is contained in the case file.

On January 12, 2017, at approximately 0600 hours, HSI Detroit agents led a task force of other Federal, State and local partners to execute the above mentioned search warrant. HSI Detroit Special Response Team (SRT), HSI Chicago SRT, Downriver SWAT, Monroe SWAT, Detroit Police SRT, and United States Border Patrol BORTAC breeched all doors included in the search warrant simultaneously.

On January 12, 2017, at approximately 0635 hours, HSI Detroit S/A Forys secured consent to search thirteen (13) additional unoccupied rooms from the Victory Inn front desk clerk, Kamal GABRAIL. GABRAIL provided consent to search rooms 101, 104, 107, 108, 109, 1110, 111, 112, 113, 115, 117, 118, 119, 122, 200, 202, 204, 205, 206, 207, 209, 210, 213, 215, 219, 220 and 222. A copy of the signed consent form is contained in the case file.

A full breakdown of the evidence seized during the course of the search warrant will be contained in a subsequent report.

This HSI Detroit investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉ | 1/23/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.