# Exhibit 5

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/07/2017 11:36 EST                                                          Page 1 of 5

**CASE NUMBER**
████████

**CASE OPENED**
10/7/2016

**CURRENT CASE TITLE**
████████

**REPORT TITLE**
Interview of Harold Lashawn NERO at ███ Holmes St, Detroit, MI

**SYNOPSIS**

████████████████████████████████████████

This report serves to document the interview of Harold Lashawn NERO (DOB: ████████) on January 12, 2017, at 1243 hours conducted at ███ Holmes St. Detroit, MI 48210.

**REPORTED BY**
Jeremy Forys
SPECIAL AGENT

**APPROVED BY**
Douglas Panning
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/7/2017

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ████████ | ████████ | 2/7/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/07/2017 11:36 EST                                                                                                Page 2 of 5

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

On January 12, 2017, a search warrant was executed at ▇▇ Holmes St. Detroit, MI 48210. Upon the execution of the warrant, Harold Lashawn NERO was encounter at the residence. Homeland Security Investigations (HSI) Task Force Agent (TFA) Robert Galbreath and HSI Task Force Officer (TFO) Dominic Taylor-Diggs conducted a recorded interview of NERO. NERO was read his Miranda rights by HSI TFO Taylor-Diggs which was witnessed by HSI TFA Galbreath at 1243 hours. NERO stated that he understood his rights, signed the rights form, and provided the following statements.

NERO stated that the residence, ▇▇ Holmes St. Detroit, MI 48210, is his mom's house. He stated that he was there because he frequently comes to check on his mother. Nero said that he either stays at VICTORY INN hotel (9430 Michigan Ave. Detroit, MI 48210), America's Best Inn (13181 Michigan Ave, Dearborn, MI) or at his residence. NERO stated that the female encountered at the residence is ▇▇▇▇▇▇▇▇▇▇▇▇ who is his child's mother.

NERO claimed that the last time he was at VICTORY INN was approximately a week ago and that he was not there on January 11, 2017. When asked how often he stayed there, he said that he started in March of 2016. He would stay off and on at the hotel every few months. NERO claimed to have started going to the hotel when it was the Star Motel back in the early nineties. NERO stated while there, he used cocaine, crack, and marijuana which he purchased at the hotel. NERO also claimed that he changed rooms frequently and did not stay with anyone while he was there.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ | 2/7/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.