UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION,

UNITED STATES OF AMERICA,

      Plaintiff,

Vs.                          Case No. 17-cr-20183
                              HON. MARK A. GOLDSMITH

HAROLD LASHAWN NERO (D-5),

      Defendant.

_____

MARK H. MAGIDSON (P25581)
Attorney for Defendant Nero (D-5)
615 Griswold, Ste. 810
Detroit, MI 48226
313-963-4311; 313-995-9146 fax
mmag100@aol.com
_____

## NOTICE OF HAROLD NERO'S JOINDER IN ECF 232, MOTION FOR DISCOVERY, EARLY PRODUCTION OF BRADY AND JENCKS MATERIALS AND TO AFFORD THE DEFENDANT AN OPPORTUNITY TO INTERVIEW WITNESSES

    Now Comes Defendant Harold Nero and hereby joins in Defendant Gaggo's Motions for Discovery, Early Production of Brady and Jencks Material and to Afford the Defendant on Opportunity to Interview witnesses, No 232.

        Respectfully Submitted,
        by:*/s/Mark H. Magidson*
        Attorney for Harold Nero

## CERTIFICATE OF SERVICE

I certify that on November 13, 2018 I electronically filed the above *Notice of Harold Nero's Joinder in ECF 232, Motion for Discovery, Early Production of Brady and Jencks Materials and to Afford the Defendant an Opportunity to Interview Witnesses* with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties of record.

        By: /s/*Mark H. Magidson*
          MARK H. MAGIDSON (P25581)
          Attorney for Harold Nero
          615 Griswold, Suite 810
          Detroit, MI 48226
          (313)963-4311
          mmag100@aol.com