UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                              Case No. 17-20183
                                                    Hon.  MARK A. GOLDSMITH

D-5, HAROLD LASHAWN NERO,
    Defendant.
_____/

## STIPULATED ORDER TO ALLOW ENHANCED COMPUTER ACCESS TO REVIEW EXTENSIVE DISCOVERY MATERIAL PROVIDED BY THE GOVERNMENT

The undersigned parties having approved this Stipulated Order, and the Court being fully advised in the premises;

IT IS ORDERED that the Defendant, Harold LaShawn Nero shall be allowed enhanced computer access to review the extensive discovery material provided by the Government, in the Sanilac County Jail or other facility designated by the U.S. Marshal Service.

IT IS FURTHER ORDERED that the Sanilac County Jail is authorized to and may permit Defendant access to the computer provided by Defense counsel once the computer has been cleared and pre-loaded as described below at times that are reasonable to be determined by the Sanilac County Sheriff

IT IS FURTHER ORDERED that the computer provided to Defendant shall not contain gaming devices on the platform, the internal card for internet access will be disabled, and the discovery will be pre-loaded with the Government's discovery by the Discovery Coordinator, Christopher Antone, following the removal of any and all pornographic images by the Discovery Coordinator.

SO ORDERED.

Dated:  December 10, 2018                        s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                                          United States District Judge

| | |
|---|---|
| By: s/*Jerome Gorgan w/ Permission* <br> JEROME GORGAN <br> Assistant U.S. Attorney <br> 211 W. Fort St., Suite 2001 <br><br> Detroit, MI 48226 <br> (313)226-9100 | By: s/Mark H. Magidson <br> MARK  H. MAGIDSON <br> Attorney for Defendant <br> 615 Griswold, Suite 810 <br><br> Detroit, MI 48226 <br> (313) 963-4311 |