UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　Case No. 17-20183-5

vs.　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH

D-5　HAROLD LASHAWN NERO,

    Defendant.
_____/

## ORDER REGARDING FILING

The Court is in receipt of Defendant Nero's letter, attached as Exhibit A. The letter is in the nature of a motion, as it seeks relief from the Court. However, Defendant is represented by counsel, through whom any request for relief should be made. Therefore, the Court will not take any action in response to Defendant's letter.

    SO ORDERED.

Dated: June 26, 2019　　　　　　　　　s/Mark A. Goldsmith
     Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 26, 2019.

                         s/Erica Karhoff on behalf of
                         Karri Sandusky, Case Manager

# EXHIBIT A

Harold Hero
Case no: 2:17-cr-20183

To the attn of:
Honorable Judge Goldsmith..

Good day to you sir.. My name is Harold Hero and I would first of all like to say God Bless you and I pray this letter reaches your attention in good health and spirit.. I am currently in fashion of my first ever federal case out of Detroit, Michigan.. pertaining to the Victory Inn Sex Traffick / Human Trafficking Indictment.. The reason I am seeking your attention at this time is to formally request some leinency on behalf of your court room.. I have been to this date incarcerated approx: 24 months pending trial which is due to take place in January 2020.. I have been detained since the month of June 2017.. By you Sir being a high court official I trust as well believe you have heard more than your fair share of "BULLSHIT"! Please excuse my vulgarness but thats the best I know how to express it!.. So I will cut straight through the informalities and state my reason for seeking you attention in this matter.. As stated I have been incarcerated approx: 24 months.. During this time I have noticed that there has been no serious notable change in the proceeding of this case.. Due to the volumness of the discovery this case has been deemed "a mega case".. and its taken some great time to review by both Plaintiffs and Defendants.. Mr. Goldsmith I am humbly asking on leinency of your court room for another chance of recieving a bond.. I recently came before you in the month of February 2018 and I seriously believe you sir were going to grant this for me.. But Mr. Gergon felt differently.. There are few of my alleged co-defendants on bond that has the same charges.. But as I have learn sir there are no ways alike when it comes to making judgement.. I would like to just plead my bargining tools to you and see upon request if you will take in consideration of giving me a chance in proving myself worthy of becoming a citizen again if and when this fiasco is over..

Mr. Goldsmith my demands still stand as before:

1. I do have strong family ties and support from society..
2. I do have willful and gainful employment..
3. I will happily accept G.P.S. tether (or) 2 tethers if necessary..
4. I will attend any and all substance abuse and cognitive skill courses.. I have serious ties with "SHAR ACADEMY" Detroit.
5. I will submit any and all requirements of random urinalysis on call..
6. I do have solidified residency outside of the Detroit area to acknowledge my safety..
7. I have had no serious infractions during my 24 months of detainment within federal custody..
8. I do have support from woman that allegedly participated in the activities in the surrounding area of the hotel who has and are willing to participate in the testimony on my behalf.

And with all of this being said.. I will no further trouble you.. but I will say Thank You for your time and mostly Thank You for your consideration in this in handling matter in timely fashion..

Mr. Harold Nero
#279793A..
Case no: 2017 · cr · 20183

Harold Nero 279795A
65 North Elk Street
Sandusky, Michigan 48471

To the Honorable Judge
Federal Courthouse, 231 W. Clark Goldsmith
Detroit, Michigan 48226 Lafayette Ave

U.S. MARSHAL

THIS MAIL ORIGINATED FROM THE SANILAC COUNTY JAIL