UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D5-HAROLD LASHAWN NERO,

        Defendant.
_____/

Case No. 17-20183

HON. MARK A. GOLDSMITH

## ORDER DIRECTING GOVERNMENT'S RESPONSE TO DEFENDANT'S JOINDER IN MOTION FOR PRETRIAL RELEASE

On March 25, 2020, Defendant Harold Nero filed a notice of joinder in co-Defendant Darrick Bell's motion for pretrial release (Dkt. 423). The Government shall file its response to this motion no later than April 1, 2020.

SO ORDERED.

Dated: March 30, 2020
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1