UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

*Vs*.                                                                         Case No. 17-cr-20183
                                                                          Hon. Mark A. Goldsmith

HAROLD LASHAWN NERO (D-5),

      Defendant.

_____

**DEFENDANT (D-5) HAROLD NERO'S NOTICE OF JOINDER
IN CO-DEFENDANT (D-2) JANETTE GAGGO TAWFIK'S**
*MOTION TO RELEASE DEFENDANT FROM DETENTION*
**(Doc. 428 and 428-2)**

     Defendant (D-5) Harold Nero, represented by attorney Mark H. Magidson, files this Notice of Joinder and moves this Honorable Court to accept his concurrence with the arguments and relief requested in co-defendant (D-2) Janette Gaggo Tawfik's following motion and its exhibit:

- Doc. 428 - *Motion and Combined Brief to Release Defendant from Detention*, and particularly the *Affidavits* in *Exhibit Doc. 428-2* (**Defendant**

**Nero has been hospitalized in McKenzie Hospital, Sandusky, Michigan, for rhabdomyolysis (see Exhibit A), hypertension, chest pain, hypertrophic cardiomyopathy (based on severe asymmetric septal hypertrophy in the left ventricle of his heart--see Exhibit B), and a mildly enlarged aorta. (see Exhibit C - Nero Medical Records).**

Date: March 31, 2020

Respectfully submitted,

By: /s/*Mark H. Magidson*
   MARK H. MAGIDSON (P25581)
   Attorney for Defendant Nero (D-5)
   615 Griswold, Suite 810
   Detroit, MI 48226
   (313) 963-4311
   mmag100@aol.com

## CERTIFICATE OF SERVICE

I certify that on March 31, 2020, I electronically filed the above *Notice of Joinder* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

By: /s/*Mark H. Magidson*
   MARK H. MAGIDSON (P25581)
   Attorney for Defendant Nero (D-5)