EXHIBIT    A



**MCKENZIE HEALTH SYSTEM**
120 Delaware Street
Sandusky, MI 48471
810-648-3770

## Diagnostic Radiology

Name: HAROLD L NERO
Age: 44 years
MR Number: 248673
Stay Type: Outpatient
Date of Birth: 6/2/1975

Patient Number: 1522504
Sex: Female
Ordering Physician: MICHAEL K LEWIS
Family Physician:
Date of Service: 6/11/2019 10:27 AM

### CTA THORAX+

REASON FOR CHEST: MILDLY ENLARGED AORTA

EXAMINATION TYPE: CTA ABDOMEN W & W/O CONTRAST+

DATE OF EXAM: 6/11/2019

COMPARISON: NONE

CLINICAL HISTORY: REASON FOR ABDOMEN: mildly enlarged aorta.

Automated exposure control for dose reduction was used.

CONTRAST:
CTA of the thorax is performed with IV Contrast, patient was injected with 100 mL of Omnipaque 350.

FINDINGS-
Maximal dimension of the ascending aorta is 3.6 cm. Aorta arch and descending thoracic aorta and visualized upper abdominal aorta have a normal caliber. Graft there is no pneumothorax or pleural effusion. No sizable pulmonary nodule. No consolidative pneumonia.

Thyroid enhances normally. No pathologic adenopathy. Small pericardial effusion is seen. Structures of the upper abdomen demonstrate a normal appearance. There is a small bleb involving the right lung apex.

IMPRESSION-
1. A maximal dimension the aorta is seen within the ascending aorta measuring 3.6 cm. No sizable aneurysm is seen.
2. Small pericardial effusion.

Electronically Reviewed and Signed by: John J Ference, MD on 6/11/2019 10:38 AM

EXHIBIT     A