EXHIBIT C

ls

Viewing 1-10 of 33 Items
1
2
3
4
Next >

### 08/18/2020 0919 with Michael K Lewis [Last Updated: 08/18/2020 0931]

(No Related Actions)

**Subjective:** umbilical hernia, hiatal hernia, chronic constipation, nausea and vomiting 2-3 times weekly; reflux poorly controlled with omeprazole twice daily; umbilical hernia pain poorly controlled with otc Tylenol; using Colace every day and miralax as needed, needing enema once monthly to help with the constipation

**Objective:** LS-clear to auscultation without rhonchi, crackles or wheezing; heart reg rate and rhythm s1s2 w/o murmur; skin PWD w/o rashes; bilat nares without erythema - patent and clear drainage noted, sinuses nontender to palpation bilat; Bilat TM's clear w/o redness, pharynx without erythema or exudate mucous membranes moist, no lymphadenopathy of the neck; tender, reducable umbilical abdominal hernia soft, bowel sounds x4 active; A&Ox3; EOMI; perrla; no peripheral edema, pulses +2 x4 ext

**Assessment:** constipation umbilical hernia hiatal hernia intermittent vomiting hypertension

**Plan:** referral to general surgeon for EGD and colonoscopy to eval hiatal hernia and vomiting as well as abdominal bloating and constipation referral placed again to USMS for approval of above referral

**Education:** rtc as scheduled

**Note Off Status:** Incomplete

Note Off

**Locked:** Yes
**Interpreter used:** No

EXHIBIT C

**Subjective:** small reducible umbilical hernia - causing pain when it occurs

**Objective:** LS-clear to auscultation without rhonchi, crackles or wheezing; heart reg rate and rhythm s1s2 w/o murmur; skin PWD w/o rashes; bilat nares without erythema - patent and clear drainage noted, sinuses nontender to palpation bilat; Bilat TM's clear w/o redness, pharynx without erythema or exudate mucous membranes moist, no lymphadenopathy of the neck; abd soft nontender; umbilicus tender to palpation with a mass noted on assessment; bowel sounds x4 active; A&Ox3; EOMI; perrla; no peripheral edema, pulses +2 x4 ext

**Assessment:** umbilical hernia

**Plan:** referral to general surgeon for evaluation

**Education:** rtc as needed

Status: Incomplete
Note Off
Locked: Yes
Interpreter used: No

Entered by: **Michael Lewis** at patient request
Add Addendum

Recategorize to  Medical

pain poorly controlled with intermittent use of ibuprofen; pt has been experiencing constipation - stool softners daily which has been helping though needing enema and mag citrate at times in the past; denies any nausea or vomiting
Nurse Pr Lewis, Michael K
2020-06-09 10:17:13.000

## 05/12/2020 0841 with Michael K Lewis [Last Updated: 05/12/2020 0845]

(No Related Actions)

**Subjective:** follow up depression - feeling better on current dose of Zoloft; small umbilical hernia that is reducible and not causing pain

**Objective:** LS-clear to auscultation without rhonchi, crackles or wheezing; heart reg rate and rhythm s1s2 w/o murmur; skin PWD w/o rashes; bilat nares without erythema - patent and clear drainage noted, sinuses nontender to palpation bilat; Bilat TM's clear w/o redness, pharynx without erythema or exudate mucous membranes moist, no lymphadenopathy of the neck; abd soft nontender; bowel sounds x4 active; A&Ox3; EOMI; perrla; no peripheral edema, pulses +2 x4 ext

**Assessment:** tiny umbilical hernia constipation

Note Off
Status: Incomplete
Note Off
Locked: Yes
Interpreter used: No