EXHIBIT     D

**Harold LaShawn Nero**

#18-1480

Sex: Male
DOB: 06/02/1975 (Age 45)
Height: 6ft 4in
Weight: 356 lbs
BMI: 37.7
Agency: USMS (55725-039)
Location: F
JMS ID: 279793
Allergies:
aspirin, Motrin, fish, Bee stings, Neurontin-elevated CPK, doxipine- possible uncontrolled hypertension; Procardia - nausea

Summary

### Highlighted Chart Notes

bottom bunk detail - chronic back pain and left foot 07/11/2017

### Current Problems

Problem  Onset Date  Open Date

### Current Medications

| Medication | End Date |
|---|---|
| Benadryl 50mg<br>1 Cap [PO] By Mouth QHS PRN PRN | 12/28/2020 MAR |
| Lisinopril 40mg<br>1 Tabs [PO] By Mouth QD | 12/20/2020 MAR |
| singulair 10mg<br>1 Tab [PO] By Mouth QD | 12/15/2020 MAR |
| Vitamin D-3 5000 IU<br>1 Cap [PO] By Mouth QD | 12/23/2020 MAR |
| Albuterol Soln 2.5Mg/3Ml (25)0.00083<br>1 Vial [PO] By Mouth BID PRN PRN | 12/16/2020 MAR |
| Calcium Carbonate 750 mg<br>1 chewable tablet [PO] By Mouth BID PRN PRN | 11/19/2020 MAR |
| Peri-Colace 50mg/8.6mg<br>1-2 Tabs [PO] By Mouth BID PRN | 11/18/2020 MAR |
| prilosec 20mg<br>1 Cap [PO] By Mouth BID PRN PRN | 11/16/2020 MAR |
| Trazadone 100mg<br>1 Tab [PO] By Mouth QHS | 11/08/2020 MAR |
| Bisacodyl 5mg<br>1-2 Tab [PO] By Mouth QD PRN | 11/26/2020 MAR |
| zoloft 100mg<br>2 Tab [PO] By Mouth QD | 10/25/2020 MAR |
| Acetaminophen Es 500mg<br>2 Capl [PO] By Mouth BID PRN PRN | 01/24/2021 MAR |
| HCTZ 25mg<br>1 Tab [PO] By Mouth QD | 10/24/2020 MAR |
| Minoxidil 10mg<br>3 Tabs [PO] By Mouth QD | 10/07/2020 MAR |
| Natural Fiber 7g<br>1 Powd [PO] By Mouth BID PRN PRN | 10/15/2020 MAR |
| Coreg 25mg<br>2 Tab [PO] By Mouth BID | 09/27/2020 MAR |
| Polyethylene 3350<br>1 powder [PO] By Mouth QD PRN PRN | 09/29/2020 MAR |
| Ventolin 90 mcg<br>2 Inh. [IH] By Inhalation QID PRN PRN | 10/30/2020 MAR |
| Nitrostat 0.4mg | 10/06/2020 MAR |

EXHIBIT D