EXHIBIT E



**Harold LaShawn Nero**

#18-1480

Sex: Male
DOB: 06/02/1975 (Age 45)
Height: 6ft 4in
Weight: 356 lbs
BMI: 37.7
Agency: USMS (55725-039)
Location: F
JMS ID: 279793
Allergies:
aspirin, Motrin, fish, Bee stings, Neurontin-elevated CPK, doxipine- possible uncontrolled hypertension; Procardia - nausea

Flow Sheets
Vital Signs

## Vital Signs

Successfully created vital signs flow record.
Viewing 1-50 of 157 Flow Records
1
2
3
4
Next >

| User | Record Date | Pos | BP Sys | BP Dia | Pulse | Resp. | Temp. | Weight | Height | BMI | SpO2 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steele, Alicia | 09/12/2020 1116 | Standing | 163 | 110 | 72 | | | | | | | did not take am bp meds, including coreg 25mg, hctz 25mg, lisinopril 40mg, minoxidil 30mg |
| LPN Bowers, Betsy | 08/29/2020 1507 | --- | | | | | | | | | | refused b/p |
| RN Griffin, Jennifer | 08/18/2020 0921 | Sitting | 168 | 97 | 73 | | 97.2° F | 356 lbs | 6ft 4in | 43.30 | 97.0% | |
| LPN Bowers, Betsy | 08/15/2020 1031 | Standing | 172 | 100 | 89 | | | | | | | |
| RN Griffin, Jennifer | 08/09/2020 1537 | --- | | | | | | | | | 95.0% | refused AM meds. |
| LPN Bowers, Betsy | 08/01/2020 1048 | Standing | 150 | 93 | 85 | | | | | | | out of area |
| RN Griffin, Jennifer | 07/26/2020 1004 | --- | | | | | | | | | 94.0% | |
| LPN Bowers, Betsy | 07/18/2020 1039 | Standing | 148 | 92 | 80 | | | | | | | ref b/p |
| RN Griffin, Jennifer | 07/11/2020 1453 | Sitting | 149 | 84 | 82 | | | | | | 96.0% | |
| RN Griffin, Jennifer | 07/09/2020 0855 | Sitting | 147 | 96 | 74 | 16 | 97.0° F | 356 lbs | | | 98.0% | |
| Steele, Alicia | 07/03/2020 1521 | Standing | 138 | 84 | 90 | | | | | | | |
| RN Griffin, Jennifer | 06/28/2020 1357 | --- | | | | | | | | | | ref |
| LPN Bowers, Betsy | 06/19/2020 1520 | Standing | 152 | 90 | 90 | | | | | | 94.0% | |
| RN Griffin, Jennifer | 06/14/2020 1631 | --- | | | | | | | | | | ref |
| Steele, Alicia | 06/07/2020 0952 | Standing | 136 | 82 | 80 | | | | | | | |
| RN Griffin, Jennifer | 06/02/2020 0912 | --- | | | | | | 350 lbs | | | | |
| RN Griffin, Jennifer | 05/31/2020 1421 | --- | | | | | | | | | | |
| LPN Bowers, Betsy | 05/22/2020 1354 | --- | | | | | | | | | | ref |
| RN Griffin, Jennifer | 05/16/2020 1422 | --- | | | | | | | | | | Refused b/P |
| LPN Bowers, Betsy | 05/08/2020 1437 | --- | | | | | | | | | | ref b/p refused b/p |

*annotation in margin:* ✱  BMI

EXHIBIT     E

| Vital Sign | Value | Unit | Date/Time | Recent/Ini |
|---|---|---|---|---|
| BMI (Body Mass Index) | 37.73 | kg/m^2 | 12/21/2018 12:10 | Initial VS |
| Weight Measured | 310 | lbs | 12/21/2018 12:10 | Initial VS |
| Height | 76 | in | 12/21/2018 12:10 | Initial VS |
| BSA (Body Surface Area) | 2.75 | m^2 | 12/21/2018 12:10 | Initial VS |
| BP Systolic | 202 | mmHg | 12/21/2018 12:10 | Initial VS |
| BP Diastolic | 128 | mmHg | 12/21/2018 12:10 | Initial VS |
| Respiratory Rate | 16 | bpm | 12/21/2018 12:10 | Initial VS |
| Heart Rate | 77 | bpm | 12/21/2018 12:10 | Initial VS |
| O2 % BldC Oximetry | 99 | % | 12/21/2018 12:10 | Initial VS |
| Body Temperature | 98.1 | degrees | 12/21/2018 12:10 | Initial VS |
| BMI (Body Mass Index) | 39.73 | kg/m^2 | 12/21/2018 14:50 | Most Recent VS |
| Weight Measured | 326.4 | lbs | 12/21/2018 14:50 | Most Recent VS |
| Height | 76 | in | 12/21/2018 14:50 | Most Recent VS |
| BSA (Body Surface Area) | 2.82 | m^2 | 12/21/2018 14:50 | Most Recent VS |
| BP Systolic | 186 | mmHg | 12/23/2018 13:01 | Most Recent VS |
| BP Diastolic | 98 | mmHg | 12/23/2018 13:01 | Most Recent VS |
| Respiratory Rate | 22 | bpm | 12/23/2018 13:01 | Most Recent VS |
| Heart Rate | 75 | bpm | 12/23/2018 13:01 | Most Recent VS |
| O2 % BldC Oximetry | 99 | % | 12/23/2018 13:01 | Most Recent VS |
| Body Temperature | 98.2 | degrees | 12/23/2018 13:01 | Most Recent VS |

## Allergies

| Allergy | Code | Allergy Type | Reaction | Status |
|---|---|---|---|---|
| FISH PROTEIN | 0 | Food allergy | | Active |
| MOTRIN | 202488 | Drug allergy | | Active |
| ASA (aspirin) | 1191 | Drug allergy | | Active |