EXHIBIT     F

## McKenzie Health System
# Discharge Instructions
Printed: 12/23/18 15:16   Page 1 of 2

| | |
|---|---|
| NERO HAROLD L | AGE: 43 SEX: |
| OMRAN EIAD W MD | ROOM: 118-1 |
| ALLERGIES: Asa (aspirin Motrin Fish protein | M/R#: 248673 |

**DISCHARGED DIAGNOSIS:**
Rhabdomyolysis

**FOLLOW UP APPOINTMENT:**
Call for Appointment with, Michael Lewis, FNP 810-648-2232, 1-2 days or sooner

**ADDITIONAL PHONE NUMBERS:**
Nurses Station 810-648-6159, Emergency Department 810-648-6169.

**FOLLOW UP DIAGNOSTIC TEST:**
CPK level daily x 3 days, script provided

**DIET:**
REGULAR.

**ACTIVITIES:**
Light duty activites, no heavy lifting

**SUBSTANCE RISKS:**
Not Applicable.

**SUBSTANCE ABUSE REFERRAL:**
Not Indicated.

**IMMUNIZATIONS RECEIVED DURING THIS ADMISSION**
refuses flu/pneumonia

**DIAGNOSIS SPECIFIC EDUCATION**
Increase fluids especially water. DO NOT take Neurontin.

**GENERAL INSTRUCTIONS/NOTIFY YOUR PHYSICIAN:**
tea colored urine, muscle aches and pain, muscle stiffness notify doctor

**RETURNED/DISPENSED TO PATIENT:**
Clothing

**MEDICATION EDUCATION:**
Script given for Catapress 0.1 mg tab as directed.

**Opioid Start Talking**
Not Applicable.

**FOLLOW UP CALL**
Pt returned to jail

**EQUIPMENT:**
Not applicable.

### MEDICATIONS

**Acetaminophen 500MG Oral Capsule**
[Continue]   Dose: 1000 MILLIGRAMS
Route: ORAL                    Frequency: TWICE A DAY
Prescription Detail: 1000 MILLIGRAMS ORAL TWICE A DAY
Next Dose Due: TAKE AS DIRECTED

**Coreg 25MG Oral Tablet (Generic = Carvedilol)**
[Continue]   Dose: 25 MILLIGRAMS
Route: ORAL                    Frequency: TWICE A DAY
Prescription Detail: 25 MILLIGRAMS ORAL TWICE A DAY
Next Dose Due: TAKE AS DIRECTED

**Doxepin HCl 100MG Oral Capsule**
[Continue]   Dose: 100 MILLIGRAMS
Route: ORAL                    Frequency: BEDTIME
Prescription Detail: 100 MILLIGRAMS ORAL BEDTIME
Next Dose Due: TAKE AS DIRECTED

Patient's signature: _____    Nurse's signature: _____

| PATIENT: NERO HAROLD L | NUMBER: 1509281 | AGE: 43 | SEX: | ROOM: 118-1 | PAGE: 1 |

EXHIBIT F

**McKenzie Health System**
## Discharge Instructions
Printed: 12/23/18 15:16   Page 2 of 2

| NERO HAROLD L | AGE: 43 SEX: |
| OMRAN EIAD W MD | ROOM: 118-1 |
| ALLERGIES: Asa {aspirin Motrin Fish protein | M/R#: 248673 |

### MEDICATIONS

**Continue**
Ketoconazole 2% Topical application Cream
Dose: 1 THIN LAYER
Route: TOPICAL APPLICATION   Frequency: TWICE A DAY
Prescription Detail: Apply 1 THIN LAYER TOPICAL APPLICATION TWICE A DAY
Next Dose Due: TAKE AS DIRECTED

**Continue**
Lisinopril 40MG Oral Tablet
Dose: 40 MILLIGRAMS
Route: ORAL   Frequency: DAILY
Prescription Detail: 40 MILLIGRAMS ORAL DAILY
Next Dose Due: TAKE AS DIRECTED

**Continue**
Ventolin HFA 0.09MG/1Actuation Inhalation Suspension (Generic = Albuterol)
Dose: 2 PUFF
Route: INHALATION   Frequency: EVERY 6 HOURS
Prescription Detail: 2 PUFF INHALATION EVERY 6 HOURS
Next Dose Due: TAKE AS DIRECTED

**Continue**
Vitamin D3 5000 IU Oral Capsule, Liquid Filled
Dose: 35000 IU
Route: ORAL   Frequency: DAILY
Prescription Detail: 35000 IU ORAL DAILY
Next Dose Due: TAKE AS DIRECTED

**New**
cloNIDine HCl 0.1MG Oral Tablet
Dose: 0.1 MILLIGRAMS
Route: ORAL   Frequency: TWICE A DAY
Prescription Detail: 0.1 MILLIGRAMS ORAL TWICE A DAY
Next Dose Due: TAKE AS DIRECTED

### MS NURSING PHYSICAL ASSESS

Length of Stay:
  2 days.
Acute {emergent} Admission
  Yes.

### DISCHARGE PLANNER

Possible Home Services Needed:
  No needs identified at this time.
**COMMUNITY RESOURCES**
  Not Applicable.
**Patient Portal**
  Patient Portal Education Given.

Patient's signature: _____   Nurse's signature: _____

PATIENT: NERO HAROLD L   NUMBER: 1509281   AGE: 43   SEX:   ROOM: 118-1   PAGE: 2