UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,   Criminal No.  17-20183

        Plaintiff,   HON. MARK A. GOLDSMITH

v.

D-5 HAROLD LASHAWN NERO,

        Defendant.
_____/

**STIPULATION FOR ORDER EXTENDED PAGE-LIMIT RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION (ECF NO. 492)**

Counsel for Defendant Harold Lashawn Nero and the government participated in a telephone call on December 22, 2020. The parties discussed the length of the government's response to Nero's Supplemental Motion to Suppress (ECF No. 492), and counsel for Nero agreed to allow the government to exceed the page-limit for its response by as many as 10 pages (for a total response of up to 30 pages). The government anticipates filing a timely response within that extended page-limit.

The parties therefore stipulate and agree that, subject to approval by the Court, the government may file its response to not exceed 30 pages.

| | |
|---|---|
| s/ Jerome F. Gorgon Jr. | s/ Mark H. Magidson w/permission |
| Assistant United States Attorney | Attorney for Mr. Nero |
| 211 West Fort Street, Ste. 2001 | 615 Griswold, Ste. 810 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| jerome.gorgon@usdoj.gov | mmag100@aol.com |
| (313) 226-9676 | (313) 963-4311 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Criminal No. 17-20183 |
| Plaintiff, | HON. MARK A. GOLDSMITH |
| v. | |
| D-5 HAROLD LASHAWN NERO, | |
| Defendant. _____/ | |

## ORDER EXTENDED PAGE-LIMIT RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION (ECF NO. 492)

This matter coming before the court on the stipulation and agreement of Counsel for Defendant Harold Lashawn Nero and the government, it is hereby:

**ORDERED** that the government may file a response to Defendant Harold Lashawn Nero's Supplemental Motion to Suppress (ECF No. 492) that may exceed the page-limit by as many as 10 pages (for a total response of up to 30 pages).

**IT IS SO ORDERED.**

Dated: December 22, 2020           s/Mark A. Goldsmith
       Detroit, Michigan           MARK A. GOLDSMITH
                                   United States District Judge