UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| UNITED STATES OF AMREICA | CASE NO. 17-20183 |
|---|---|
| Plaintiff, | HON. MARK A. GOLDSMITH |
| -v- | |
| D-5  HAROLD LASHAWN NERO, a/k/a "Nephew" | Violations: 18 U.S.C. § 1591(a) 18 U.S.C. § 1594(c) 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. §§ 846; 856(a)(1) 18 U.S.C. § 2 |

**Defendant's Acknowledgment of Second Superseding Indictment**

I, Harold Lashawn Nero, defendant in this case, hereby acknowledge that I have received a copy of the Second Superseding Indictment before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

| **Count One:** | Sex trafficking conspiracy, any term of years up to life in prison, $250,000 fine, or both. |
|---|---|
| **Count Two: Count Three Count Four Count Five** | Sex trafficking by force, fraud, or coercion, not less than 15 years and up to life in prison, $250,000 fine, or both. |
| **Count Six:** | Conspiracy to distribute a controlled substance, not less than 10 years and up to life in prison, $250,000, or both. |

**Count Seven:** | Maintaining a drug involved premises, not more than 20 years in prison, a $500,000 fine, or both.

_____
Harold Lashawn Nero
Defendant

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Mark Magidson
Attorney for Defendant

Dated: November 3, 2021